IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:02CR3010 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JEFFREY SCOTT JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that pending the hearing on his alleged supervised release violation, defendant is released subject to the conditions of his supervised release and the following two additional conditions:

1)    The defendant shall continue to fully participate in a nonresidential drug treatment program; and

2)    The defendant enroll and fully participate in a Cognitive Thinking Group as directed by his supervising officer.

DATED this 23rd day of June, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge